UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2021 SEP -8 PM 1:55

CLERK OF COURT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MINJIE CAO,

    Defendant.

SEALED

Case No.
[18 U.S.C. § 875(c)]

21-CR-186

## INDICTMENT

### COUNTS ONE THROUGH THREE
(Interstate Communication of a Threat to Injure)

**THE GRAND JURY CHARGES THAT:**

On or about the following dates, in the State and Eastern District of Wisconsin and elsewhere,

**MINJIE CAO**

knowingly and willfully transmitted in interstate and foreign commerce the communication listed below containing a threat to injure another person:

| Count | Date | Communication by Email | Recipient |
|---|---|---|---|
| 1 | Aug. 27, 2020 | "I will put 7 bullets in your head! This Sunday morning 9 AM. Write a will now before you die!" | D.M. |
| 2 | Aug. 29, 2020 | "I will kill your wife first and then kill you tomorrow 1pm at your house" | D.B. |
| 3 | Aug. 29, 2020 | "If you don't fire David Beth, I will put 7 bullets in your head in front of your family. Deadline: August 31, 12PM EST. If not, you will not see the sunlight in September" | J.A. |

Each in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

[signature redacted]

FOREPERSON

Dated: 9/8/2021

_Kelly B Naytan_
fw RICHARD G. FROHLING
Acting United States Attorney

2