AO 442 (WIED 02/17) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br><br>Minjie Cao<br>*Defendant* | )<br>)<br>) Case No. 21-CR-186<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* __Minjie Cao__, who is accused of an offense or violation on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Pretrial Release Violation Petition

☐ Violation Notice    ☐ Order of Court

This offense is briefly described as follows:
18:875(c) - INTERSTATE COMMUNICATIONS - THREATS

Date:   9/8/2021

*Issuing officer signature*

GINA M. COLLETT, Clerk, U.S. District Court
By: T. Byal, Deputy Clerk

City and State:   Milwaukee, Wisconsin

*Printed name and title*

---

### Return

This warrant was received on *(date)* __9-8-21__, and the person was arrested on *(date)* __10-7-2021__
at *(city and state)* __M. Milwaukee, WI__

Date:   __10-7-2021__

*Arresting officer's signature*

SA Christopher Nichols
*Printed name and title*