

U.S. Department of Justice

*United States Attorney*
*Eastern District of Wisconsin*

*Federal Courthouse*     *(414)297-1700*
*517 E. Wisconsin Ave, Rm 530*     *TTY (414)297-1088*
*Milwaukee WI 53202*     *Fax (414) 297-1738*
    *www.usdoj.gov/usao/wie*

November 18, 2021

*VIA ECF*
The Honorable J.P. Stadtmueller
U.S. District Court
517 E. Wisconsin Ave.
Milwaukee, Wisconsin 53202

    Re:    *United States v. Minjie Cao*
            *Re: Report from Parties regarding COVID Order compliance*
            Case No. 21-CR-186

Dear Judge Stadtmueller:

    On November 9, 2021, the Court issued an Order (Doc. #10) directing the parties to inform the Court whether they can comply with the Court's COVID-19 Order issued on November 9, 2021 (Doc. #9). The Court noted that no dates were yet set on the calendar and that, once the parties noted whether they can comply with the court's COVID-19 order, future dates would be set. With that in mind the parties report as follows:

- Assistant U.S. Attorney Benjamin Proctor is able to comply with the Court's COVID-19 order and attend any in-court hearings.

- Attorney Michelle Jacobs and defendant Minjie Cao are able to comply with the Court's COVID-19 order and attend any in-court hearings.

    At this time, the parties believe the case will resolve short of trial and they are working on a resolution. The parties request that the Court not set this matter for trial yet, and instead set the matter for a scheduling hearing, status hearing, or joint status report in approximately 45 days. The parties further request that the Court make a finding to exclude time under 18 U.S.C. § 3171(h)(7).

This letter is being filed on behalf of all parties after review and approval by counsel for the government and counsel for the defendant.

        Sincerely,

        RICHARD G. FROHLING
        Acting United States Attorney

By:  *s/Benjamin Proctor*
      BENJAMIN PROCTOR
      Assistant United States Attorney